# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE RAMOS RIVERA, | Case No. CV 11-0827 JAK (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARTIN BITER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 10, 2012

_____

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1