# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE RAMOS RIVERA,<br><br>                Petitioner,<br><br>        v.<br><br>MARTIN BITER, Warden,<br><br>                Respondent. | Case No. CV 11-0827 JAK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 10, 2012

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE